DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMUEL E. ODOM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2609

[March 31, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case Nos. 502012CF000568 and 5020I2011681AXX.

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***